■ PHILIP ANTICO, Appellant, v ESTHER ANTICO, Respondent. — Order of the Supreme Court, Suffolk County (DeLuca, J.), dated October 23, 1981, affirmed, without costs or disbursements. (See *Ripp v Ripp*, 38 AD2d 65, affd 32 NY2d 755.) Damiani, J. P., Titone, Mangano and Gibbons, JJ., concur.